# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN J. FAVALORO

VERSUS

MELISSA LYNN FAVALORO

NO.   2020 CW 0582

**JULY 21, 2020**

---

In Re:    Melissa Lynn Favaloro, applying for supervisory writs and request for stay, 22nd Judicial District Court, Parish of St. Tammany, No. 2016-14514.

---

**BEFORE:   McDONALD, McCLENDON, WELCH, THERIOT, AND HOLDRIDGE, JJ.**

    **STAY GRANTED; WRIT GRANTED WITH ORDER.** The district court's January 16, 2020 judgment contained a contempt ruling, but did not include all of the punishment imposed by the court for such contempt. On February 10, 2020, this court found that in order for the judgment of contempt to be a final, appealable judgment, it must include an order finding Melissa Favaloro to be in contempt and specify the sanctions for such contempt, including the amount of attorneys' fees. The district court's February 11, 2020 judgment included a portion of the punishment, but lacked the original contempt ruling. The district court is instructed to prepare and sign one judgment incorporating its rulings on the motion for contempt and the punishment for such contempt. The district court proceedings as to the contempt are stayed until such judgment is signed and notice of such judgment is issued.

**JEW**

**GH**

    **McClendon, J.,** concurs.

    **McDonald and Theriot, JJ.,** dissent. The district court's January 16, 2020 and February 11, 2020 judgments are final, appealable judgments. See La. Code Civ. P. art. 1915(A)(6). Therefore, we would grant the writ for the limited purpose of remanding the case to the district court with instructions to grant relator an appeal pursuant to the pleading that notified the district court of relator's intention to seek writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (*per curiam*).

COURT OF APPEAL, FIRST CIRCUIT

*A. Sml*

---
DEPUTY CLERK OF COURT
    FOR THE COURT